THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMIL WITTMAN and JOSEPH KLEINMAYER, Appellants.

*Extortion (attempted) — judgments of conviction affirmed.*

People v. *Wittman,* 221 App. Div. 879, affirmed.
(Argued January 17, 1928; decided February 14, 1928.)

APPEAL, by permission, from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1927, which affirmed judgments of the Nassau County Court rendered upon a verdict convicting the defendants of the crime of attempted extortion.

*Edgar F. Hazelton* for appellants.

*Elvin N. Edwards, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.